John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:      (212) 374-5421
Facsimile:      (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

**REPLY ALL CORP.,**

                              Plaintiff,

          - against -

**GIMLET MEDIA, INC.,**

                              Defendant.

---

Case No.: 1:15-cv-04950-WFK-PK

**NOTICE OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

*Served on Defendant on October 24, 2019*

---

　　**PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law in Support of Motion for Partial Summary Judgment as to Damages, Declaration of Matthew W. Schmidt and accompanying exhibits, Local Rule 56.1 Statement in Support of Plaintiff's Motion for Summary Judgment, and upon all pleadings and proceedings heretofore had herein, Plaintiff will move this Court, before the Honorable William F. Kuntz, II, in the United States Courthouse, Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on such a date and time to be determined by the Court, for partial summary judgment as to damages pursuant to Fed. R. Civ. P. 56.

Dated:  New York, New York
       October 24, 2019

By: _____
    John G. Balestriere
    Matthew W. Schmidt
    **BALESTRIERE FARIELLO**
    225 Broadway, 29th Floor
    New York, New York 10007
    Telephone:    (212) 374-5421
    Facsimile:    (212) 208-2613
    john.balestriere@balestrierefariello.com
    matthew.schmidt@balestrierefariello.com
    *Attorneys for Plaintiff*