UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
REPLY ALL CORP.,

        Plaintiff,                          JUDGMENT
                                                   15-CV-4950 (WFK)(PK)

    v.

GIMLET MEDIA, INC.,

        Defendant.
-------------------------------------------------------------- X

        A Decision and Order of Honorable William F. Kuntz II, United States District Judge, having been filed on February 12, 2020, granting Defendant's motion for summary judgment; it is

        ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted.

Dated: Brooklyn, NY                                  Douglas C. Palmer
       February 13, 2020                        Clerk of Court

                                                        By:    /s/*Jalitza Poveda*
                                                                 Deputy Clerk