John G. Balestriere
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:    (212) 374-5401
Facsimile:     (212) 208-2613
john.balestriere@balestrierefariello.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **REPLY ALL CORP.,**<br><br>     Plaintiff,<br><br> - against –<br><br>**GIMLET MEDIA, INC.,**<br><br>     Defendant | Civil Action No.: 1:15-cv-4950 (WFK)(PK)<br><br>**NOTICE OF APPEAL** |

## NOTICE OF APPEAL

Notice is hereby given to Gimlet Media, Inc., ("Defendant") and Plaintiff Reply All Corp., ("Plaintiff") that law firm Balestriere Fariello (the "Firm") hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order (Dkt. No. 240) entered on May 23, 2024, and all opinions and orders that merge therein or which have since been ordered, including the Decision and Order granting the Defendant's Motion for Attorneys' Fees (Dkt. No. 199) entered on April 5, 2021, the Magistrate Decision holding Plaintiff and the Firm jointly and severally liable for attorneys' fees in the amount of $903,036.79 (Dkt. No. 232) entered on May 25, 2024, and the Memorandum and Order denying the Firm's Motion for Reconsideration (Dkt. No. 251) entered on July 29, 2024.

Dated: New York, New York
August 13, 2024

By:_____
John G. Balestriere
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:    (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com