'IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| REPLY ALL CORP., <br><br> Plaintiff, <br><br> v. <br><br> GIMLET MEDIA LLC (f/k/a GIMLET MEDIA, INC.) <br><br> Defendant. | Civil Action No. 1:15-CV-04950-WFK-PK |

## JUDGMENT REGARDING ATTORNEY'S FEES

This court having granted Defendant Gimlet Media LLC's ("Gimlet" or "Defendant") motion to recover attorneys' fees and costs from Reply All Corp. ("Plaintiff") and Plaintiff's counsel, Balestriere PLLC (d/b/a Balestriere Fariello) ("the Firm") (*see* D.I. 240), and denied the Firm's motion to reconsideration in an order on July 29, 2024 (D.I. 251), Judgment is hereby entered as follows:

1. Defendant is awarded $1,071,981.00 in attorney's fees and $13,585 in costs.
2. Plaintiff is exclusively responsible for attorney's fees in the amount of $168,944.21, and,
3. Plaintiff and the Firm are joint and severally liable for the remaining attorneys' fees in the amount of $903,036.79.

SO ORDERED this 23rd day of October, 2024.

s/ WFK
The Honorable William F. Kuntz, II