UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
REPLY ALL CORP.,

        Plaintiff,

    v.

GIMLET MEDIA, INC.,

        Defendant.
------------------------------------------------------------x

**ORDER**
15-CV-4950 (WFK) (PK)

**WILLIAM F. KUNTZ, II, United States District Judge:**

The Court respectfully REFERS Defendant Gimlet Media, Inc.'s motion to extend the duration of its execution levy on the contingency fee of judgment debtor Balestriere PLLC d/b/a Balestriere Fariello, ECF No. 256, to the Honorable Magistrate Judge Peggy Kuo for a Report and Recommendation.

**SO ORDERED.**

**s/ WFK**
HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: April 2, 2025
      Brooklyn, New York