UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPLY ALL CORP.<br>　　　　　　Plaintiff<br>v.<br>GIMLET MEDIA, INC.<br>　　　　　　Defendant | 1:15-cv-04950-WFK-PK<br><br>**NOTICE OF APPEARANCE** |

To: the clerk of the court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the above-named defendant.

Dated:　New York, NY
　　　　　April 2, 2025

Amini LLC

/s/ Jeffrey Chubak
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
jchubak@aminillc.com
Attorneys for Defendant-Judgment Creditor