UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| REPLY ALL CORP. | 1:15-cv-04950-WFK-PK |
| Plaintiff | |
| v. | Date of service: April 2, 2025 |
| GIMLET MEDIA, INC. | |
| Defendant | |

**DECLARATION OF JEFFREY CHUBAK IN SUPPORT OF DEFENDANT-JUDGMENT CREDITOR'S MOTION TO EXTEND DURATION OF EXECUTION LEVY**

JEFFREY CHUBAK hereby declares:

1.      I am a member of Amini LLC, counsel for the above-named defendant-judgment creditor and submit this declaration in support of its motion to extend the duration of its execution levy.

2.      Annexed hereto as exhibits are true and correct copies of the following documents:

| Exhibit | Document Description |
|---------|---------------------|
| 1 | Pravati v. Balestriere PLLC, CV2024-008391 (Maricopa Co.) Docket Sheet |
| 2 | New York State Department of State Division of Corporations Entity Information Webpage for Balestriere Law Firm PLLC |
| 3 | Kings County Docketed Judgment |
| 4 | New York County Docketed Judgment |
| 5 | Brittany Hassen Execution |
| 6 | Howard Rubin Execution |
| 7 | Email Thread with Brittany Hassen (Acknowledgment of Service) |
| 8 | Email Thread with John Balestriere (Statement of No Opposition to Motion) |

I hereby declare under penalty of perjury that the foregoing is true and correct.  Executed on April 2, 2025.

/s/ Jeffrey Chubak