« Return to search results

## Case Information

| | | | |
|---|---|---|---|
| **Case Number:** | CV2024-008391 | **Judge:** | Gordon, Michael |
| **File Date:** | 4/10/2024 | **Location:** | Downtown |
| **Case Type:** | Civil | | |

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Pravati Investment Fund I V, L P | Plaintiff | | Benjamin Pierce |
| Balestriere P L L C | Defendant | | William Klain |
| John G Balestriere | Defendant | Male | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 3/3/2025 | NOL - Notice of Lodging | 3/4/2025 | |
| **NOTE:** | Notice of Lodging | | |
| 2/20/2025 | 002 - ME: Hearing Vacated | 2/20/2025 | |
| 2/18/2025 | NOT - Notice | 2/19/2025 | |
| **NOTE:** | | | |

NOTICE OF WITHDRAWAL OF: (1) RESPONDENTS' MOTION TO VACATE THE AWARD (2) RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION TO CONFIRM THE AWARD (3) RESPONDENTS' REPLY IN FURTHER SUPPORT OF RESPONDENTS' MOTION TO VACATE THE AWARD (4) RESPONDENTS' CORRECTED MOTION TO VACATE THE AWARD (5) RESPONDENTS' CORRECTED REPLY IN FURTHER SUPPORT OF RESPONDENTS' MOTION TO VACATE THE AWARD

| | | | |
|---|---|---|---|
| 2/13/2025 | 056 - ME: Hearing Set | 2/13/2025 | |
| 2/7/2025 | MEM - Memorandum | 2/10/2025 | |
| **NOTE:** | MEMORANDUM REGARDING CONTRACTUAL REMEDIES AND CREDITORS RIGHTS AS APPLIED TO PRAVATI | | |
| 2/7/2025 | NOT - Notice | 2/10/2025 | |
| **NOTE:** | PETITIONER'S POSITION PAPER ON THE DISPOSITION OF RESPONDENT FIRM'S ASSETS | | |
| 2/5/2025 | 094 - ME: Oral Argument Set | 2/5/2025 | |
| 1/29/2025 | STA - Statement | 1/30/2025 | |
| **NOTE:** | Joint Pretrial Statement | | |
| 1/27/2025 | 056 - ME: Hearing Set | 1/27/2025 | |
| 1/13/2025 | ORD - Order | 1/13/2025 | |
| **NOTE:** | ORDER CONTINUING THE JANUARY 9, 2025, HEARING AND RESCHEDULING THE SAME FOR JANUARY 23, 2025 | | |
| 1/8/2025 | MOT - Motion | 1/9/2025 | |
| **NOTE:** | STIPULATED MOTION FOR A CONTINUANCE OF THE JANUARY 9, 2025 HEARING | | |
| 12/18/2024 | 029 - ME: Status Conference | 12/18/2024 | |
| 12/17/2024 | 028 - ME: Status Conference Set | 12/17/2024 | |
| 12/16/2024 | RES - Response | 12/17/2024 | |
| **NOTE:** | | | |

BALESTRIERE PLLC'S PROVISIONAL RESPONSE TO PRAVATI INVESTMENT FUND IV, LP'S EMERGENCY APPLICATION FOR APPOINTMENT OF A RECEIVER

| | | | |
|---|---|---|---|
| 12/10/2024 | 083 - ME: Conference Reset/Cont | 12/10/2024 | |
| 12/10/2024 | APL - Application | 12/10/2024 | |
| **NOTE:** | PETITIONER'S EMERGENCY APPLICATION FOR APPOINTMENT OF A RECEIVER | | |
| 12/5/2024 | NOT - Notice | 12/6/2024 | |
| **NOTE:** | Notice of Abandonment | | |
| 12/4/2024 | REL - Reply | 12/4/2024 | Defendant(3) |
| **NOTE:** | | | |

RESPONDENT JOHN BALESTRIERE'S REPLY IN FURTHER SUPPORT OF HIS REQUEST FOR AN ADJOURNMENT AND RESETTING OF DECEMBER 11, 2024 STATUS CONFERENCE AND FOR EXPEDITED RULING

| | | | |
|---|---|---|---|
| 12/3/2024 | REQ - Request | 12/4/2024 | Defendant(3) |
| **NOTE:** | | | |

RESPONDENT JOHN BALESTRIERE'S REQUEST FOR AN ADJOURNMENT AND RESETTING OF DECEMBER 11, 2024 STATUS CONFERENCE AND FOR EXPEDITED RULING

| | | | |
|---|---|---|---|
| 12/3/2024 | RES - Response | 12/4/2024 | |
| **NOTE:** | | | |

PETITIONER'S RESPONSE TO RESPONDENT JOHN BALESTRIERE'S REQUEST FOR ADJOURNMENT OF CONFERENCE AND FOR EXPEDITED RULING

| | | | |
|---|---|---|---|
| 11/1/2024 | NAR - Notice Of Appearance | 11/1/2024 | |
| **NOTE:** | Notice of Appearance | | |
| 10/29/2024 | 083 - ME: Conference Reset/Cont | 10/29/2024 | |
| 10/17/2024 | REQ - Request | 10/17/2024 | Defendant(3) |
| **NOTE:** | | | |

RESPONDENTS' REQUEST FOR MORE TIME TO OBTAIN LOCAL COUNSEL AND FOR AN ADJOURNMENT OF THE NOVEMBER 6, 2024 STATUS CONFERENCE

| | | | |
|---|---|---|---|
| 10/17/2024 | RES - Response | 10/18/2024 | |
| **NOTE:** | | | |

PETITIONER'S RESPONSE TO RESPONDENTS' REQUEST FOR MORE TIME TO OBTAIN LOCAL COUNSEL AND FOR AN ADJOURNMENT OF THE NOVEMBER 6, 2024 STATUS CONFERENCE

| | | | |
|---|---|---|---|
| 9/5/2024 | 928 – ME: Stay of Proceedings | 9/5/2024 | |

| Date | Event | Date | Party |
|---|---|---|---|
| 9/4/2024 | RES - Response | 9/5/2024 | Defendant(3) |
| NOTE: | RESPONDENTS' RESPONSE TO PETITIONER'S LETTER AND MOTION FOR CLARIFICATION OF THE AUGUST 27, 2024 ORDER | | |
| 8/29/2024 | MOT - Motion | 8/30/2024 | |
| NOTE: | MOTION FOR CLARIFICATION OF THE AUGUST 27, 2024 ORDER | | |
| 8/27/2024 | 314 - ME: Bankruptcy | 8/27/2024 | |
| 8/22/2024 | NOT - Notice | 8/22/2024 | Defendant(3) |
| NOTE: | Notice to Court of Automatic Stay of Action | | |
| 8/14/2024 | MOT - Motion | 8/15/2024 | |
| NOTE: | Petitioner's Motion to Strike Respondents' Motion to Supplement the Record | | |
| 8/14/2024 | RES - Response | 8/15/2024 | |
| NOTE: | PETITIONERS RESPONSE TO RESPONDENTS MOTION TO SUPPLEMENT THE RECORD | | |
| 8/13/2024 | REQ - Request | 8/13/2024 | Defendant(3) |
| NOTE: | RESPONDENTS REQUEST TO SUPPLEMENT THE RECORD | | |
| 7/26/2024 | 020 - ME: Matter Under Advisement | 7/26/2024 | |
| 7/24/2024 | 019 - ME: Ruling | 7/24/2024 | |
| 7/24/2024 | REL - Reply | 7/24/2024 | Defendant(3) |
| NOTE: | RESPONDENTS' CORRECTED REPLY IN FURTHER SUPPORT OF RESPONDENTS' MOTION TO VACATE THE AWARD | | |
| 7/18/2024 | REQ - Request | 7/18/2024 | Defendant(3) |
| NOTE: | RESPONDENTS' REQUEST TO FILE TWO ADDITIONAL EXHIBITS | | |
| 7/17/2024 | RES - Response | 7/18/2024 | |
| NOTE: | PETITIONER'S CORRECTED RESPONSE IN OPPOSITION TO RESPONDENTS' MOTION TO VACATE THE ARBITRATION AWARD | | |
| 7/17/2024 | NOF - Notice Of Filing | 7/18/2024 | |
| NOTE: | PETITIONER'S NOTICE OF FILING OF ADDITIONAL EXHIBITS RE: PETITIONER'S CORRECTED RESPONSE IN OPPOSITION TO RESPONDENTS' MOTION TO VACATE THE ARBITRATION AWARD | | |
| 7/16/2024 | LOW - List Of Witnesses/Exhibit/Evidence | 7/17/2024 | Defendant(3) |
| NOTE: | RESPONDENTS NOTICE OF FILING OF ADDITIONAL EXHIBITS RE: RESPONDENTS CORRECTED MOTION TO VACATE THE AWARD ('MTV") | | |
| 7/16/2024 | MVJ - Motion To Vacate Judgment | 7/17/2024 | Defendant(3) |
| NOTE: | RESPONDENTS CORRECTED MOTION TO VACATE THE AWARD (MTV) | | |
| 7/16/2024 | 023 - ME: Order Entered By Court | 7/16/2024 | |
| 7/15/2024 | RES - Response | 7/16/2024 | |
| NOTE: | PETITIONER'S RESPONSE TO RESPONDENTS' MOTION FOR EXPEDITED RULING ON PERMISSIBILITY OF RESPONDENTS' PROCEEDING PRO SE | | |
| 7/15/2024 | REQ - Request | 7/15/2024 | Defendant(3) |
| NOTE: | RESPONDENTS' EXPEDITED REQUEST FOR COURT'S POSITION ON PERMISSIBILITY OF RESPONDENTS' PROCEEDING PRO SE | | |
| 7/10/2024 | MTA - Motion To Amend | 7/11/2024 | Defendant(3) |
| NOTE: | Parties' Joint Motion to Submit Modified Briefs | | |
| 7/9/2024 | 003 - ME: Hearing Reset | 7/9/2024 | |
| 7/5/2024 | REL - Reply | 7/8/2024 | Defendant(3) |
| NOTE: | RESPONDENTS' REPLY IN FURTHER SUPPORT OF RESPONDENTS' MOTION TO VACATE THE AWARD | | |
| 7/3/2024 | UPI - Updated Information Address and/or Name | 7/10/2024 | Defendant(3) |
| 7/3/2024 | MOT - Motion | 7/5/2024 | Defendant(3) |
| NOTE: | RESPONDENTS' MOTION TO ADJOURN OR MAKE VIRTUAL THE JULY 19TH ORAL ARGUMENT | | |
| 7/3/2024 | RES - Response | 7/5/2024 | |
| NOTE: | Petitioner's Response to Respondents' Motion to Adjourn or Make the July 19th Hearing Virtual | | |
| 6/28/2024 | 094 - ME: Oral Argument Set | 6/28/2024 | |
| 6/27/2024 | 019 - ME: Ruling | 6/27/2024 | |
| 6/25/2024 | OBJ - Objection/Opposition. | 6/25/2024 | Defendant(3) |
| NOTE: | RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION TO EXTEND PAGE LIMITS | | |
| 6/25/2024 | REL - Reply | 6/26/2024 | |
| NOTE: | Pravati's Reply ISO Its Motion to Extend Page Limits | | |
| 6/24/2024 | LOW - List Of Witnesses/Exhibit/Evidence | 6/25/2024 | |
| NOTE: | PETITIONER'S NOTICE OF FILING OF ADDITIONAL EXHIBITS RE: RESPONSE IN OPPOSITION TO RESPONDENTS' MOTION TO VACATE THE ARBITRATION AWARD | | |
| 6/21/2024 | RES - Response | 6/24/2024 | |
| NOTE: | Response In Opposition to Respondents' Motion to Vacate the Arbitration Award | | |
| 6/21/2024 | REL - Reply | 6/24/2024 | |
| NOTE: | REPLY IN SUPPORT OF PRAVAT'S MOTION TO CONFIRM | | |
| 6/21/2024 | MOT - Motion | 6/24/2024 | |
| NOTE: | MOTION TO EXTEND PAGES LIMITS | | |
| 6/10/2024 | AFS - Affidavit Of Service | 6/12/2024 | |
| 5/23/2024 | MOT - Motion | 5/24/2024 | Defendant(3) |
| NOTE: | RESPONDENTS MOTION TO VACATE THE AWARD EFILE BILLING $245 | | |
| 5/23/2024 | OBJ - Objection/Opposition. | 5/24/2024 | Defendant(2) |
| NOTE: | RESPONDENTS OPPOSITION TO PETITIONERS MOTION TO CONFIRM THE AWARD | | |
| 5/15/2024 | ORD - Order | 5/15/2024 | |
| NOTE: | ORDER GRANTING THE PARTIES' WAIVER OF SERVICE AND STIPULATED BRIEFING SCHEDULE | | |
| 5/6/2024 | NOT - Notice | 5/6/2024 | |
| NOTE: | Notice of Errata | | |
| 4/23/2024 | ORD - Order | 4/23/2024 | |
| NOTE: | ORDER GRANTING THE PARTIES' WAIVER OF SERVICE AND STIPULATED BRIEFING SCHEDULE | | |
| 4/18/2024 | AFS - Affidavit Of Service | 4/22/2024 | |
| NOTE: | BALESTRIERE PLLC | | |

| 4/18/2024 | AFS - Affidavit Of Service | 4/22/2024 |
| **NOTE:** | JOHN G BALESTRIERE | |
| 4/16/2024 | WSS - Waiver Of Service Of Summons | 4/18/2024 |
| **NOTE:** | The Parties Waiver of Service and Stipulated Briefing Schedule / BALESTRIERE PLLC AND JOHN G. BALESTRIERE | |
| 4/10/2024 | CSH - Coversheet | 4/11/2024 |
| **NOTE:** | Civil Cover Sheet | |
| 4/10/2024 | CCN - Cert Arbitration - Not Subject | 4/11/2024 |
| **NOTE:** | Certificate Of Compulsory Arbitration - Is Not Subject To | |
| 4/10/2024 | SUM - Summons | 4/11/2024 |
| **NOTE:** | Summons | |
| 4/10/2024 | SUM - Summons | 4/11/2024 |
| **NOTE:** | Summons | |
| 4/10/2024 | APE - Application/Petition | 4/11/2024 |
| **NOTE:** | PETITION FOR JUDGMENT ON ARBITRATION AWARD AND MOTION TO CONFIRM THE SAME | |

## Case Calendar

| Date | Time | Event |
| --- | --- | --- |
| 7/19/2024 | 11:00 | Oral Argument |
| 7/23/2024 | 13:30 | Oral Argument |
| 11/6/2024 | 8:30 | Status Conference |
| 12/11/2024 | 8:45 | Status Conference |
| 12/17/2024 | 8:30 | Status Conference |
| 1/9/2025 | 8:45 | Status Conference |
| 1/9/2025 | 13:30 | Status Conference |
| 1/23/2025 | 13:30 | Status Conference |
| 1/31/2025 | 13:30 | Evidentiary Hearing |
| 1/31/2025 | 13:30 | Status Conference |
| 2/11/2025 | 10:00 | Oral Argument |
| 2/21/2025 | 13:30 | Evidentiary Hearing |
| 2/27/2025 | 13:30 | Evidentiary Hearing |

## Judgments

| Date | (F)or / (A)gainst | Amount | Frequency | Type | Status |
| --- | --- | --- | --- | --- | --- |
| No records found. | | | | | |