New York State Unified Court System (http://www.nycourts.gov)

Skip To: Content (skip to content) • Navigation (skip to navigation)

Kings County Clerk's Office (./home)

Home (./countyFilingDetail?10-1.-basePageContainer-pnlNavigation-homePageLink)
Search
Case Search (./countyFilingDetail?10-1.-basePageContainer-pnlNavigation-indexSearchLink)
Business Search (./countyFilingDetail?10-1.-basePageContainer-pnlNavigation-businessSearchLink)
Corporation Search (./countyFilingDetail?10-1.-basePageContainer-pnlNavigation-corporationSearchLink)
County Filing & JDLS Search (./countyFilingDetail?10-1.-basePageContainer-pnlNavigation-countyFilingSearchLink)
Old Book Index (./countyFilingDetail?10-1.-basePageContainer-pnlNavigation-oldBookIndexLink)
Resources
Contact Us (./countyFilingDetail?10-1.-basePageContainer-pnlNavigation-contactUsLink)
Account
Login (./countyFilingDetail?10-1.-basePageContainer-pnlNavigation-loginLink)
Create Attorney Account (https://iapps.courts.state.ny.us/aronline/EnrollmentSearch)
Create an Account (./countyFilingDetail?10-1.-basePageContainer-pnlNavigation-createAccountLink1)
Guest Exit (./countyFilingDetail?10-1.-basePageContainer-pnlNavigation-guestSearchExitLink)

Back

Print

**Index #:** 15-CV-04950
**Type:** Judgment
**County:** EASTERN DISTRICT
**Court:** DISTRICT COURT
**Total Debtors:** 1

**Control Numbers**

| Control Number | Debtor | Creditor | Creditor Attorney | Document | Docketing Date | Effective Date | Amount | Disposition Date |
|---|---|---|---|---|---|---|---|---|
| 5132161-1 | BALESTRIERE PLLC | GIMLET MEDIA INC | BALESTRIERE, JOHN, G | TRANSCRIPT OF JUDGMENT | 03/05/2025 03:09:35 PM | 10/24/2024 04:15:35 PM | $903,036.79 | |

**Parties**

| Name | Party Type | Address |
|---|---|---|
| GIMLET MEDIA INC | Creditor | 535 DEAN STREET NO. 106 |
| BALESTRIERE, JOHN G | Creditor Attorney | 225 BROADWAY SUITE 2900 |
| BALESTRIERE PLLC | Debtor | 225 BROADWAY SUITE 2900 |

**Documents**

| Type | Date |
|---|---|
| TRANSCRIPT OF JUDGMENT (./countyFilingDetail?10-1.-formCountyFilingDetail-pnlCountyFilingDocuments-documentList-0-documentLink) | 03/04/2025 |

**Remarks**

| Control Number | Date | Remark |
|---|---|---|

Kings County Clerk's Office    Phone: (347) 404-9772

UCS Home (http://www.nycourts.gov) | eCourts Home (https://iapps.courts.state.ny.us/webcivil/ecourtsMain) | NYSCEF (https://iapps.courts.state.ny.us/nyscef/HomePage) | KCCO Home (./countyFilingDetail?10-1.-basePageContainer-pnlFooter-homePageLink) | Case Search (./countyFilingDetail?10-1.-basePageContainer-pnlFooter-indexSearchLink) | | Business Search (./countyFilingDetail?10-1.-basePageContainer-pnlFooter-businessSearchLink) | Contact Us (./countyFilingDetail?10-1.-basePageContainer-pnlFooter-contactUsLink) | Login (./countyFilingDetail?10-1.-basePageContainer-pnlFooter-loginLink) | Create Attorney Account (https://iapps.courts.state.ny.us/aronline/EnrollmentSearch) | Create an Account (./countyFilingDetail?10-1.-basePageContainer-pnlFooter-createAccountLink)

https://iapps.courts.state.ny.us/webccos/kingscc/countyFilingResults?9-1.-formSearchResults-pnlCountyFilingResults-countyFilingList-2-debtorNameLink    1/1