New York State Unified Court System (http://www.nycourts.gov)

Skip To: Content (skip to content) • Navigation (skip to navigation)

New York County Clerk's Office (./home)

Home (./countyFilingDetail?2-1.-basePageContainer-pnlNavigation-homePageLink)
Search Resources
Contact Us (./countyFilingDetail?2-1.-basePageContainer-pnlNavigation-contactUsLink)
Account Login (./countyFilingDetail?2-1.-basePageContainer-pnlNavigation-loginLink)
Create Attorney Account (https://iapps.courts.state.ny.us/aronline/EnrollmentSearch)
Search As Guest (./countyFilingDetail?2-1.-basePageContainer-pnlNavigation-guestSearchLink1)

Back

Print

**Index #:** 1:15-CV-04950-WFK-PK
**Type:** Judgment
**County:** EASTERN DISTRICT
**Court:** US DISTRICT COURT
**Total Debtors:** 2

**Control Numbers**

| Control Number | Debtor | Creditor | Creditor Attorney | Document | Docketing Date | Effective Date | Amount | Disposition Date |
|---|---|---|---|---|---|---|---|---|
| 5122388-1 | BALESTRIERE PLLC | GIMLET MEDIA, INC. | BALESTRIERE, JOHN, G | TRANSCRIPT OF JUDGMENT | 03/05/2025 12:42:00 PM | 10/24/2024 09:00:00 AM | $903,036.79 | |
| 5122388-2 | FARIELLO, BALESTRIERE, | GIMLET MEDIA, INC. | BALESTRIERE, JOHN, G | TRANSCRIPT OF JUDGMENT | 03/05/2025 12:42:00 PM | 10/24/2024 09:00:00 AM | $903,036.79 | |

**Parties**

| Name | Party Type | Address |
|---|---|---|
| BALESTRIERE PLLC | Debtor | 225 BROADWAY SUITE 2900 |
| FARIELLO, BALESTRIERE | Debtor | 225 BROADWAY SUITE 2900 |
| GIMLET MEDIA, INC. | Creditor | 535 DEAN STREET, NO. 106 |
| BALESTRIERE, JOHN G | Creditor Attorney | 225 BROADWAY, SUITE 2900 |

**Documents**

| Type | Date |
|---|---|
| TRANSCRIPT OF JUDGMENT (./countyFilingDetail?2-1.-formCountyFilingDetail-pnlCountyFilingDocuments-documentList-0-documentLink) | 03/05/2025 |

**Remarks**

| Control Number | Date | Remark |
|---|---|---|

**New York County Clerk's Office**   Phone: (646) 386-5955

UCS Home (http://www.nycourts.gov) | eCourts Home (https://iapps.courts.state.ny.us/webcivil/ecourtsMain) | NYSCEF (https://iapps.courts.state.ny.us/nyscef/HomePage) | NYCCO Home (./countyFilingDetail?2-1.-basePageContainer-pnlFooter-homePageLink) | Case Search | |
Contact Us (./countyFilingDetail?2-1.-basePageContainer-pnlFooter-contactUsLink) | Login (./countyFilingDetail?2-1.-basePageContainer-pnlFooter-loginLink) | Create Attorney Account (https://iapps.courts.state.ny.us/aronline/EnrollmentSearch) |