® T 120 — Execution Against Property, To Sheriff, Notice to Garnishee; Blank Court. 6 blanks suggested: original; office copy; 2 copies each for debtor and garnishee if officer cannot serve personally. 4–18

©2018 by BlumbergExcelsior, Inc., Publisher, NYC 11241
www.blumberg.com

*Index No.* 15-cv-04950

REPLY ALL CORP.

*Plaintiff(s)*

against

GIMLET MEDIA, INC.

*Defendant(s)*

EXECUTION WITH NOTICE TO GARNISHEE

THE PEOPLE OF THE STATE OF NEW YORK TO THE SHERIFF OF ANY COUNTY, GREETING:

WHEREAS, *in an action in the* United States District *Court of* the Eastern District of New York *County of* between Reply All Corp. *as plaintiff(s) and* Gimlet Media, Inc. *as defendant(s)* *who are all the parties named in said action, a judgment was entered on* October 24, 2024 *in favor of* Gimlet Media Inc. *judgment creditor(s)* *and against* Balestriere PLLC (d/b/a Balestriere Fariello) *judgment debtor(s)* *whose last known address is* 225 Broadway, 29th Floor, New York, NY 10007 *in the amount of $* 903,036.79   *including costs, of which $* 903,036.79   *together with interest thereon from* October 24, 2024   *remains due and unpaid;*

WHEREAS, *a transcript of the judgment was filed on* March 4, 2025   *with the Clerk of the County of* Kings   *, in which county the judgment was entered; and*

WHEREAS, *a transcript of the judgment was docketed in the office of the Clerk of your county on* March 5, 2025

NOW, THEREFORE, WE COMMAND YOU *to satisfy the said judgment out of the real and personal property of the above named judgment debtor and the debts due to him; and that only the property in which said judgment debtor who is not deceased has an interest or the debts owed to him shall be levied upon or sold hereunder; AND TO RETURN this execution to the clerk of the above captioned court within 60 days after issuance unless service of this execution is made within that time or within extensions of that time made in writing by the attorney(s) for the judgment creditor.*

Pursuant to CPLR § 5205(l), $2,850 of an account containing direct deposit or electronic payments reasonably identifiable as statutorily exempt payments, as defined in CPLR § 5205(l)(2), is exempt from execution and the garnishee cannot levy upon or restrain $2,850 in such an account.

Pursuant to CPLR § 5222(i), an execution shall not apply to an amount equal to or less than 90% of the greater of 240 times the federal minimum hourly wage prescribed in the Fair Labor Standards Act of 1938 or 240 times the state minimum hourly wage prescribed in Labor Law § 652 as in effect at the time the earnings are payable, except such part as a court determines to be unnecessary for the reasonable requirements of the judgment debtor and his or her dependents.

𝕹𝖔𝖙𝖎𝖈𝖊 𝖙𝖔 𝕲𝖆𝖗𝖓𝖎𝖘𝖍𝖊𝖊   TO:   Brittany Hassen
ADDRESS: 2928 West 5th Street, Apt. 7T, Brooklyn, NY 11224

WHEREAS, *it appears that you are indebted to the judgment debtor, above named, or in possession or custody of property not capable of delivery in which the judgment debtor has an interest, including, without limitation, the following specified debt and property:*

NOW, THEREFORE, YOU ARE REQUIRED *by section 5232(a) of the Civil Practice Law and Rules forthwith to transfer to the sheriff all personal property not capable of delivery in which the judgment debtor is known or believed to have an interest now in or hereafter coming into your possession or custody including any property specified in this notice; and to pay to the sheriff, upon maturity, all debts now due or hereafter coming due from you to the judgment debtor, including any debts specified in this notice; and to execute any documents necessary to effect such transfer or payment;*

AND TAKE NOTICE *that until such transfer or payment is made or until the expiration of 90 days after the service of this execution upon you or such further time as is provided by any order of the court served upon you whichever event first occurs, you are forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff, except upon direction of the sheriff or pursuant to an order of the court;*

AND TAKE FURTHER NOTICE THAT *at the expiration of 90 days after a levy is made by service of this execution, or of such further time as the court upon motion of the judgment creditor has provided, this levy shall be void except as to property or debts which have been transferred or paid to the sheriff or as to which a proceeding under sections 5225 or 5227 of the Civil Practice Law and Rules has been brought.*

*Dated:* 3/6/25   *Signature* ..........[signature]..........   *Print name signed* Jeffrey Chubak

*Attorney(s) for Judgment Creditor* Amini LLC
*Office and Post Office Address* 131 West 35th Street, 12th Floor, New York, NY 10001

(left margin: *A notice to judgment debtor in the form presented by CPLR §5222(e) — HAS — HAS NOT — been served on judgment debtor within a year.*)

**ENDORSEMENT**

*Please take notice that the following named defendants were not served with a summons herein, viz.:*

*and that, as to them, the execution must be restricted as below prescribed.*

*An execution against property shall not be levied upon the sole property of such a defendant, but it may be collected out of real and personal property owned by him jointly with the other defendants who were summoned or with any of them, and out of the real and personal property of the latter or any of them.*

*Attorney(s) for*
Judgment Creditor Gimlet Media Inc.

*Name and Address of Garnishee*
Brittany Hassen
2928 West 5th Street, Apt. 7T, Brooklyn, NY 11224

*Address of Judgment Debtor*
Balestriere PLLC (d/b/a Balestriere Fariello)
225 Broadway, 29th Floor, New York, NY 10007

*Location of Property*
See attached notice.

*INDEX NO.* 15-cv-04950      SUPREME COURT      COUNTY OF KINGS

# Execution
### AGAINST PROPERTY
*With Notice to Garnishee*

REPLY ALL CORP.

*Plaintiff(s)*

**LAW OFFICES OF**
Amini LLC

*against*

GIMLET MEDIA INC.

*Defendant(s)*

*Sheriff of any County*
*Levy and collect as within directed*
$903,036.79
*with interest from* October 24, 2024
*besides your fees, etc.*

*Attorney(s) for* Judgment Creditor Gimlet Media Inc.
*Office and Post Office Address*
131 West 35th Street, 12th Floor, New York, NY 10001

*Dated and time received*

_____ *Sheriff*

| | |
|---|---|
| REPLY ALL CORP. <br>                    Plaintiff <br> v. <br> GIMLET MEDIA, INC. <br>                    Defendant | E.D.N.Y. Case 1:15-cv-04950-WFK-PK <br><br> Sup. Ct. Kings Co. Index 15-CV-04950 <br><br> **NOTICE PURSUANT TO CPLR 5232(a)** |

To:  Brittany Hassen
     2928 West 5th Street
     Apt. 7T
     Brooklyn, NY 11224

PLEASE TAKE NOTICE that a levy by service of execution, a copy of which is herewith served upon you, is hereby made pursuant to CPLR 5232(a) upon the following described debt you owe to Balestriere PLLC (d/b/a Balestriere Fariello): Your indebtedness to Balestriere PLLC on account of the amended judgment (Rubin Action ECF #467) entered in Lawson et al v. Rubin et al E.D.N.Y. 17-cv-06404-BMC ("Rubin Action"), including the award of attorneys' fees and costs therein, and your engagement terms with the firm (Rubin Action ECF #453-1 ¶42, #453-2). You are also in possession or custody of property not capable of delivery in which Balestriere PLLC has an interest; namely, your interest in said amended judgment, the supersedeas bond (Rubin Action ECF #414) posted in that action and any supplemental bond.

Dated: New York, NY
       March 6, 2025

Amini LLC

*/s/ Jeffrey Chubak/*
Jeffrey Chubak
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
jchubak@aminillc.com
Attorneys for Defendant-Judgment Creditor

---

3A West's McKinney's Forms CPLR § 8:308, Notice served with execution that person served owes specified debt to judgment debtor or obligor [Form: CPLR 5232]