**From:** Brittany Hassen
**To:** Jeffrey Chubak
**Subject:** Re: E 49450
**Date:** Monday, March 17, 2025 4:39:34 PM

Yes email is fine I accept service via email
Sent from my iPhone

On Mar 17, 2025, at 1:17 AM, Jeffrey Chubak <jchubak@aminillc.com> wrote:

Brittany, thanks for speaking earlier. The Marshal forwarded me your email (below). As mentioned, we're likely to make a motion in the near term, possibly this week, to extend the execution levy served on you and Howard. Can you please confirm that you would agree to accept service of that motion, and any other papers we file or serve in the two litigations identified below by email at this address? That way we can avoid having to effectuate "personal service" as was done with the execution. Thank you!

**Litigations**

Lawson et al v. Rubin et al, Case 1:17-cv-06404-BMC-CLP (U.S. District Court for the Eastern District of New York)
Reply All Corp. v. Gimlet Media, Inc., Case 1:15-cv-04950-WFK-PK (U.S. District Court for the Eastern District of New York)

<image001.png>

131 W 35th St.
12th floor
New York, NY 10001

### Jeffrey Chubak
*Member*

<image002.png>
 +1.212.497.8247

<image003.png>
 +1.212.490.4700

<image004.png>
 jchubak@aminillc.com

<image005.png>
 aminillc.com

<image006.png>

**From:** Brittany Hassen <brittanyrayexoxo@icloud.com>
**Sent:** Friday, March 14, 2025 4:01 PM

**To:** NYC Marshal Biegel <nyc@marshalbiegel.com>
**Subject:** E 49450

**Dear Marshal Biegel,**

**I recently received a Levy and Demand notice dated March 10, 2025, regarding a judgment against Balestriere PLLC d/b/a Balestriere Fariello. As I am not a party to this judgment, I wanted to confirm the reason I was named in this notice and whether any action is required on my part.**

**To clarify:**
- **I am not in possession of any funds belonging to Balestriere PLLC.**

- **I have no financial relationship with the firm that would involve the judgment referenced in this notice.**

**Please confirm if this notice was sent to me in error or if there is any information I need to provide to clear up any misunderstanding. I appreciate your time and look forward to your response.**

**Best regards,**
**Brittany Hassen**
Sent from my iPhone