| | |
|---|---|
| **From:** | [Alexis Pudvan](#) |
| **To:** | [Jeffrey Chubak](#) |
| **Cc:** | [Grubin, Janice B](#); [Markus, Ilan](#); [Liddell, Robert B.](#); [John Balestriere](#) |
| **Subject:** | Re: 15-cv-04950-WFK (E.D.N.Y.) Reply All v. Gimlet \| Balestriere Fariello position on your application |
| **Date:** | Wednesday, April 2, 2025 11:57:20 AM |
| **Attachments:** | [image001.png](#) [image002.png](#) [image003.png](#) [image004.png](#) [image005.png](#) [image006.png](#) [Balestriere Fariello Creditors List 04-02.pdf](#) |

Jeff:

Please see the attached list of Balestriere Fariello's creditors, along with their mailing addresses and email addresses. Thanks.

Best,
Alexis

--
Alexis N. Pudvan

Sr. Legal Analyst

BALESTRIERE

225 Broadway, 29th Floor

New York, New York 10007

Tel: 212-540-7357

[alexis.pudvan@balestrierefirm.com](mailto:alexis.pudvan@balestrierefirm.com)

[www.BalestriereFirm.com](http://www.BalestriereFirm.com)

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us and please immediately delete this communication. Thank you.

---

**From:** John Balestriere <john.balestriere@balestrierefirm.com>
**Sent:** Tuesday, April 1, 2025 4:51 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Cc:** Alexis Pudvan <alexis.pudvan@balestrierefirm.com>; Grubin, Janice B <jgrubin@barclaydamon.com>; Markus, Ilan <IMarkus@barclaydamon.com>; Liddell, Robert B. <rliddell@barclaydamon.com>
**Subject:** Re: 15-cv-04950-WFK (E.D.N.Y.) Reply All v. Gimlet | Balestriere Fariello position on your

application

Jeff:

Thanks. Let me confirm with Janice but I anticipate there's no issue getting you a list of creditors in short order. We'll follow up shortly.

Thanks,
John

John G. Balestriere

Partner

BALESTRIERE

225 Broadway, 29th Floor

New York, New York 10007

T: +1-212-540-7361

john.balestriere@balestrierefirm.com

www.BalestriereFirm.com

---

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this e-mail. Thank you.

---

**From:** Jeffrey Chubak <jchubak@aminillc.com>
**Sent:** Tuesday, April 1, 2025 3:58:40 PM
**To:** John Balestriere <john.balestriere@balestrierefirm.com>
**Cc:** Alexis Pudvan <alexis.pudvan@balestrierefirm.com>; Grubin, Janice B <jgrubin@barclaydamon.com>; Markus, Ilan <IMarkus@barclaydamon.com>; Liddell, Robert B. <rliddell@barclaydamon.com>
**Subject:** RE: 15-cv-04950-WFK (E.D.N.Y.) Reply All v. Gimlet | Balestriere Fariello position on your application

I'm happy to give notice by mail and email if you give me addresses (we have no idea who Balestriere Fariello's creditors are, aside from Pravati, and apparently the SBA), notwithstanding that Balestriere-Fariello's creditors are not even parties to the Reply All v. Gimlet action.

We don't want to effectuate personal service, or for any service issues to hold up determination of the motion.

**From:** John Balestriere <john.balestriere@balestrierefirm.com>
**Sent:** Tuesday, April 1, 2025 3:09 PM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Cc:** Alexis Pudvan <alexis.pudvan@balestrierefirm.com>; Grubin, Janice B <jgrubin@barclaydamon.com>; Markus, Ilan <IMarkus@barclaydamon.com>; Liddell, Robert B. <rliddell@barclaydamon.com>
**Subject:** 15-cv-04950-WFK (E.D.N.Y.) Reply All v. Gimlet | Balestriere Fariello position on your application

Jeff:

Balestriere Fariello does not take a position with regards to your application provided that you serve notice of your application on any Balestriere Fariello creditors, including, without limitation, Pravati, and the SBA.

In any filing before Judge Kuntz please also make sure that you note that Balestriere Fariello's position is that Ms. Hassan, a former client of Balestriere Fariello, at this time owes nothing to Balestriere Fariello.

Given this, I don't believe we need to speak tomorrow, but please feel free to reach out to me, my co-counsel Janice, or our colleagues at any time.

Thanks,
John


John G. Balestriere
Partner
BALESTRIERE
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-540-7361
[john.balestriere@balestrierefirm.com](john.balestriere@balestrierefirm.com)
[www.BalestriereFirm.com](www.BalestriereFirm.com)

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only.  You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited.  If you have received this communication in error, please immediately notify the sender by

replying to this e-mail.  Thank you.

**From:** John Balestriere <john.balestriere@balestrierefirm.com>
**Sent:** Thursday, March 27, 2025 5:19 AM
**To:** Jeffrey Chubak <jchubak@aminillc.com>
**Cc:** Alexis Pudvan <alexis.pudvan@balestrierefirm.com>; Grubin, Janice B <jgrubin@barclaydamon.com>; Markus, Ilan <IMarkus@barclaydamon.com>
**Subject:** Re: 15-cv-04950-WFK (E.D.N.Y.) Reply All v. Gimlet | Briefing Schedule re: Motion to Extend Duration of Execution Levy (Forthcoming)

Jeff:

Our firm represents Balestriere Fariello (BF) in its dissolution. I reserve all rights on behalf of BF and while I don't represent Ms. Hassan I state what I told your colleague: she owes nothing to BF so any levy or any other efforts to collect from her are without legal basis. I asked John Strand to justify such action and declined to do so.

I consent to no filings or proceeding in court but I can discuss. Let me know if Monday at 2:15pm works and we can circulate a dial in. If you nonetheless make filings before then be sure to let the Court know BF counsel was available almost immediately after you contacted us as well as our positions on the inappropriate conduct regarding Ms. Hassan.

Thanks,
John

John G. Balestriere
Partner
BALESTRIERE
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-540-7361
john.balestriere@balestrierefirm.com
www.BalestriereFirm.com

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only.  You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited.  If you have received this communication in error, please immediately notify the sender by replying to this e-mail.  Thank you.

**From:** Jeffrey Chubak <jchubak@aminillc.com>

**Sent:** Wednesday, March 26, 2025 3:39:25 PM
**To:** John Balestriere <john.balestriere@balestrierefirm.com>; Matters <matters@balestrierefirm.com>; mgmt@balestrierefariello.com <mgmt@balestrierefariello.com>
**Subject:** 15-cv-04950-WFK (E.D.N.Y.) Reply All v. Gimlet | Briefing Schedule re: Motion to Extend Duration of Execution Levy (Forthcoming)

John, as you may be aware, Marshal Biegel served an execution on Gimlet's behalf upon Brittany Hassen and Howard Rubin.  We're planning to move to extend the duration of the execution levy until sixty days after the Second Circuit appeal of the underlying judgment has been determined (it's scheduled to be argued April 8).  As you may be aware, Judge Kuntz's individual rules express a preference that the parties set their own briefing schedule and submit it to the court for approval (III.E.1), and then refrain from filing motion papers until the motion has been fully briefed (III.G.1).  I'm accordingly reaching out to you about a briefing schedule.   A draft letter-motion to set the briefing schedule is attached, together with a draft moving brief and exhibits in support so you can make an informed decision about how much time is needed, bearing in mind that the clock is ticking on our execution levy.  Let me know if you're ok with the briefing schedule proposed in the draft letter-motion, or if you have any comments on the letter-motion or if we can proceed to submit the same as a joint letter-motion.  We'll get an appearance on file together with the letter-motion.

Thanks,



131 W 35th St.
12th floor
New York, NY 10001

**Jeffrey Chubak**
*Member*

📞 +1.212.497.8247
📠 +1.212.490.4700
✉ jchubak@aminillc.com
🔖 aminillc.com