UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| REPLY ALL CORP.<br>                          Plaintiff<br>v.<br>GIMLET MEDIA, INC.<br>                          Defendant | 1:15-cv-04950-WFK-PK<br><br>**CERTIFICATE OF SERVICE** |

JEFFREY CHUBAK hereby certifies:

1. On April 2, 2025, at 10:50 p.m., I emailed a copy of the following documents to the addresses identified below:
   - Notice of Defendant-Judgment Creditor's Motion to Extend Duration of Execution Levy (ECF #260)
   - Memorandum of Law in Support of Defendant-Judgment Creditor's Motion to Extend Duration of Execution Levy (ECF #261)
   - Declaration of Jeffrey Chubak in Support of Defendant-Judgment Creditor's Motion to Extend Duration of Execution Levy (ECF #262) together with the exhibits attached thereto (ECF #262-1, #262-2, #262-3, #262-4, #262-5, #262-6, #262-7, #262-8)

2. Said documents were emailed to the addresses listed on the attached Balestriere Fariello Creditors List, furnished to me (ECF #262-8) April 2, 2025 by Alexis Pudvan of the Balestriere law firm, and the following additional addresses:

Balestriere Firm and Counsel
John Balestriere john.balestriere@balestrierefirm.com
Janice Grubin jgrubin@barclaydamon.com

Brittany Hassen
Brittany Hassen brittanyrayexoxo@icloud.com

Counsel for Howard Rubin in the Rubin Action
May Chiang may.chiang@dechert.com
Benjamin Rosenberg benjamin.rosenberg@dechert.com
Edward McDonald edward.mcdonald@dechert.com
Michael Gilbert mgilbert@sheppardmullin.com
Katherine Boy Skipsey kboyskipsey@sheppardmullin.com

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on April 2, 2025.

/s/ Jeffrey Chubak