April 2, 2025

| Balestriere Fariello Creditors |||| 
|---|---|---|---|
| ENTITY | CONTACT | MAILING ADDRESS | EMAIL ADDRESS |
| Debevoise & Plimpton LLP | Trent M. Moss | 66 Hudson Blvd E New York, NY 10001 | tmmoss@debevoise.com |
| Gregory Edwards Court Reporting | Julie Newman | 5 Penn Plaza, Suite 2300 New York, NY 10001 | julie@gregoryedwards.com |
| Allegaert berger & Vogel LLP | Partha Chattoraj | 111 Broadway #2002 New York, NY 10006 | pchattoraj@abv.com |
| Printing House Press |  | 10 East 39th Street, 7th Floor New York, NY 10016 | AR@phpny.com |
| Big Apple Copy Center | Elye Gross | 160 Broadway 3rd Floor New York, NY 10038 | egross@bigapplecopy.com |
| Roy Simon | Roy Simon | 205 West End Avenue, Suite 8N New York, NY 10023 | roy.d.simon@gmail.com |
| TransPerfect Legal Solutions | Matt D'Auria | 1250 Broadway New York, NY 10001 | mdauria@transperfect.com |
| Ferraro, Amodio & Zarecki, CPAs | Ashley Hurd | 18 Division Street, Suite 413 Saratoga Springs, NY 12866 | ahurd@fazforensics.com |
| Esquire Deposition Solutions, LLC | Kari Chait | 1500 Centre Parkway Suite 100 Atlanta, GA 30344 | kari.chait@esquiresolutions.com |
| Gimlet Media LLC | John Strand, Esq | 605 Third Ave 25th Floor New York, NY 10158 | john.strand@wolfgreenfield.com |
| Appellate Innovations | Helen Mezger | 1 Barker Avenue, Suite 305 White Plains, NY 10601 | hmezger@appellateinnovations.com |
| Pravati Capital, LLC | Ben Pierce | 2398 E Camelback Road, Suite 1020 Phoenix, AZ 85016 | ben@1787legalgroup.com |
| U.S. Small Business Association (SBA) |  | 26 Federal Plaza #3100, New York, NY 10278 |  |
| Comcast | Ref # 63211032 | 2700 Cumberland Pkwy SE, Suite 200, Atlanta, GA 30339 | customer.service@cm.sequium.com |